IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHARLEEN O. JEANBAPTISTE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:14-CV-264-K |
| | § | |
| WELLS FARGO BANK, N.A., | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, *Plaintiff's Motion for Remand*, filed January 31, 2014 (doc. 6), is **DENIED** and *Defendant's Motion to Dismiss Plaintiff's Original Petition and Brief in Support Thereof*, filed January 30, 2014 (doc. 5), is **GRANTED**.  By separate judgment, all of Plaintiff's claims against Defendant will be **DISMISSED with prejudice.**

SO ORDERED.

Signed May 22nd, 2014.

*Ed Kinkeade*
_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE