IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHARLEEN O. JEANBAPTISTE, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. 3:14-CV-0264-K |
| | § | |
| WELLS FARGO BANK, N.A., et al., | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation, *Defendant's Motion for Award of Attorneys' Fees and Costs and Brief in Support*, filed June 5, 2014 (doc. 18) is **GRANTED**. The defendant is awarded attorneys' fees in the amount of $26,008.50, and costs in the amount of $162.28.

SO ORDERED

Signed December 1st, 2014.

*Ed Kinkeade*
ED KINKEADE
**UNITED STATES DISTRICT JUDGE**